**Order entered May 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00547-CV

## IN RE STEVEN K. TOPLETZ AND HARPER BATES & CHAMPION LLP, Relators

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02273-2019**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is relators' petition for writ of mandamus and emergency motion to stay. We **GRANT** the motion and **STAY** the trial court's May 1, 2019 "Order Granting Turnover Relief." This stay shall remain in effect until further order of the Court. We further **ORDER** relators not to move, transfer, or otherwise dispose of any assets that are subject to the May 1, 2019 turnover order without first obtaining permission from this Court or the trial court.

We request that the real parties in interest and respondent file their responses, if any, to the petition for writ of mandamus **by May 24, 2019.**

/s/    ADA BROWN
         JUSTICE